```
1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 01:04-CR-5155-AWI |
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| J. SOCORRO MENDOZA-MENDOZA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby moves to dismiss the indictment in this case without prejudice in the interest of justice.

DATED: July 31, 2012

Respectfully submitted,
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant U.S. Attorney

1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated:     July 31, 2012
CHIEF UNITED STATES DISTRICT JUDGE